UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVIN SMITH, | Case No. CV 13-5395 FMO(PJW) |
| Plaintiff, | ORDER ACCEPTING FINAL REPORT AND ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| v. | |
| CALIFORNIA BOARD OF EDUCATION, et al., | |
| Defendants. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the motion to dismiss, the records on file herein, and the Final Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which objections have been made. The Court accepts the findings and recommendations of the Magistrate Judge and adopts them as its own findings and conclusions.

IT IS THEREFORE ORDERED that Defendants' motion to dismiss be granted in part and denied in part, and that Plaintiff be granted leave to file a Third Amended Complaint, no later than 20 days from the filing date of this Order.

DATED: July 8, 2014

                                                    /s/
                                      FERNANDO M. OLGUIN
                                      UNITED STATES DISTRICT JUDGE

C:\Temp\notesD30550\Order accep r&r.wpd