UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVIN SMITH,<br><br>        Plaintiff,<br><br>    v.<br><br>CALIFORNIA BOARD OF EDUCATION, et al.,<br><br>        Defendants. | Case No. CV 13-5395 FMO(PJW)<br><br>ORDER ACCEPTING REPORT AND ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the motion to dismiss, the records on file herein, and the Report and Recommendation of the United States Magistrate Judge. Further, the time for filing objections has expired and no objections have been made. The Court accepts the findings and recommendations of the Magistrate Judge and adopts them as its own findings and conclusions.

IT IS THEREFORE ORDERED that Defendants' motion to dismiss be granted with prejudice as to Plaintiff's First Amendment freedom of association and Title VI claims and that Plaintiff be allowed to proceed on his remaining claims.

DATED: <u>November 10, 2014</u>

<u>      /s/                            </u><br>
FERNANDO M. OLGUIN<br>
UNITED STATES DISTRICT JUDGE

C:\Temp\notesD30550\Order accep r&r.wpd