UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVIN SMITH,<br><br>        Plaintiff,<br><br>    v.<br><br>CALIFORNIA BOARD OF EDUCATION, et al.,<br><br>        Defendants. | Case No. CV 13-5395 FMO(PJW)<br><br>ORDER ACCEPTING REPORT AND ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the motion for summary judgment, the records on file herein, and the Report and Recommendation of the United States Magistrate Judge. The Court has engaged in a *de novo* review of those portions of the Report to which Defendants have objected. The Court accepts the findings and recommendations of the Magistrate Judge and adopts them as its own.

IT IS THEREFORE ORDERED that Defendants' motion for summary judgment is granted in part and denied in part.

DATED:  January 7, 2016

                                          /s/
                             FERNANDO M. OLGUIN
                             UNITED STATES DISTRICT JUDGE