**JS−6**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVIN SMITH<br><br>    Plaintiff(s),<br><br>  v.<br><br>CALIFORNIA BOARD OF ED , et al.<br><br><br>    Defendant(s). | CASE NO:<br>2:13−cv−05395−FMO−PJW<br><br>**ORDER DISMISSING ACTION WITHOUT PREJUDICE** |

   Having been advised by counsel that the above−entitled action has been settled, IT IS ORDERED that the above−captioned action is hereby **dismissed** without costs and without prejudice to the right, upon good cause shown within <u>60</u> **days from the filing date of this Order**, to re−open the action if settlement is not consummated. The court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

   **IT IS SO ORDERED.**

DATED: February 26, 2016        /s/ *Fernando M. Olguin*
                                Fernando M. Olguin
                                United States District Judge